# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MICHAEL A. FISHER,

  Plaintiff,

v.

Case No. 2:17-cv-206
CHEIF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

CHAPLIN EMMANUAL SAMUTHRAM, *et al.*,

  Defendants.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on September 12, 2017. (ECF No. 13.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's Motion to Withdraw the claims against Defendant Emmanual Samuthram (ECF No. 11) is **GRANTED**, and the claims against Defendant Samuthram are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

12-11-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE